# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-68(2) (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Judith Solorio, | |
| Defendant. | |

David P. Steinkamp, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Nancy R. Vanderheider, Esq., Vanderheider Law Office, counsel for Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 24, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant Judith Solorio's Motion for Suppression of Confessions or Statements in the Nature of Confessions (Doc. No. 39) is **DENIED**.

2. Defendant Judith Solorio's Motion for Severance of Counts and Defendants (Doc. No. 29) is **DENIED**.

Dated: May 14, 2008    s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court